IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JESUS MANUEL GOMEZ GONZALEZ,<br><br>Petitioner,<br><br>vs.<br><br>MORAIMA PORTILLO VALENZUELA,<br><br>Respondent. | 4:26-CV-3051<br><br>ORDER |

A transcript has been prepared of the *in camera* testimony provided in this case by A.G.P. and S.G.P., both minor children. For the reasons explained by the Court on the record, the Court will permit counsel for the parties to review the transcript under "attorneys' eyes only" confidentiality. Accordingly,

IT IS ORDERED:

1. The Clerk of the Court shall provide counsel for the parties with copies of filing 75.

2. Counsel are prohibited from using or disclosing the transcript for any purpose not directly connected to this proceeding.

3. Counsel are instructed to maintain "attorneys' eyes only" confidentiality with respect to the transcript; counsel shall

maintain it and not copy it, nor shall it be given to their clients.

4. Upon conclusion of this proceeding, counsel shall destroy any copies of the transcript remaining in their possession.

Dated this 23rd day of November, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge